IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEATRICE I. LUCERO,

      Plaintiff,

v().                                          No. CIV 11-0855 JB/LAM

STATE OF NEW MEXICO and NEW MEXICO
DEPARTMENT OF TAXATION & REVENUE,
a New Mexico governmental entity.

## NOTICE OF ATTORNEYS' CHARGING LIEN

COMES NOW, J. Edward Hollington, J. Edward Hollington & Associates, P.A., and hereby provide notice that J. Edward Hollington & Associates, P.A., files an attorneys' charging lien for services rendered and costs expended pursuant to a written Fee Agreement and common law, on all property, including without limitation, all assets, accounts, residuals, proceeds, and judgments, settlements, and any money payable to, or awarded to, or secured by Plaintiff, Beatrice I. Lucero, by virtue of any judgments or settlement agreements entered with respect to the above styled cause.  Notice is further given that such charging lien will take precedence over liens or claims for fees or costs as provided by law.  The amount of the attorneys' charging lien is provided by agreement and judgment and is in the amount of five thousand four hundred two dollars and twenty-six cents ($5,402.26), plus interest at the rate of 8.75% per annum (one dollar and twenty-nine cents per day ($1.29)) from October 24, 2011.

All parties are hereby notified that no amount may be paid to or for the account or benefit of Plaintiff, Beatrice I. Lucero, or set off against the amount due Plaintiff until this lien has been paid in full.

Respectfully submitted:

J. EDWARD HOLLINGTON & ASSOCIATES, PA


 /s/ J. Edward Hollington, Esq.
J. Edward Hollington, Esq.
708 Marquette Avenue, N.W.
Albuquerque, New Mexico 87102-2035
(505) 843-9171; (505) 843-7027
Edward708@aol.com

I HEREBY CERTIFY that on the 28th day of August, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Beatrice I. Lucero
62880 W. La Salle Road, #181
Montrose, CO 81401

Mark E. Komer
Long, Pound, & Komer, PA
2200 Brothers Road
Santa Fe, NM 87502-5098

 /s/ J. Edward Hollington
J. Edward Hollington, Esq.