IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 OCT 12 AM 10: 40

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| BEATRICE I. LUCERO, | } | |
| Plaintiff, | } | |
| vs. | } | No. 11cv855 LAM JB/ |
| STATE OF NEW MEXICO, NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE a New Mexico governmental entity, | } | |
| Defendant. | } | |

## MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT PROCEEDS

**COMES NOW** the above named Plaintiff, Beatrice I. Lucero, acting Pro Se, and moves this Honorable Court for an Order requiring the Defendants to disburse the settlement proceeds and states as grounds, therefore, as follows:

1.  Plaintiff has asked counsel for the Defendants whether he concurs with or opposes this Motion, but he has failed to respond.

2.  Settlement was reached herein on August 30, 2012, before the Honorable Judge Karen Molzen, the Court entered an Order on that date to finalize the settlement within 30 days, and the Defendants agreed to request the proceeds also on August 30, 2012.

3.  The Defendants have had the signed settlement documents in their possession since September 28, 2012, but they have yet to disburse the settlement proceeds.

THEREFORE, Plaintiff respectfully requests an Order compelling the Defendants to disburse the settlement proceeds immediately.

Respectfully submitted this 10th day of October 2012:

*[signature]*
Beatrice Lucero, Ph.D
62880 La Salle Road, #181
Montrose, CO 81401
Plaintiff, Pro Se
(970) 812-8321

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing Motion to Compel Disbursement of Settlement Proceeds was placed in the U.S. Mail, postage prepaid, this 10th day of October 2012, addressed as follows:

Mark E. Komer, Esq.
Long, Pound & Komer, P.A.
P.O. Box 5098
Santa Fe, NM 87502-5098

*[signature]*
Beatrice Lucero

Beatrice Lucero, Ph.D.
62880 La Salle Rd., #181
Montrose, CO 81401

RECEIVED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OCT 12 2012
MATTHEW J. DYKMAN
CLERK

United States District Court
District of New Mexico
Office of the Clerk
333 Lomas Blvd., N.W., Suite 270
Albuquerque, NM 87102