IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEATRICE I. LUCERO,

    Plaintiff,

v.                            Case No. 1:11-CV-00855 JB/LAM

STATE OF NEW MEXICO,
NEW MEXICO DEPARTMENT
OF TAXATION AND REVENUE
a New Mexico governmental entity,

    Defendants.

## MOTION TO DISMISS

    Comes now Defendants, the State of New Mexico, New Mexico Department of Taxation and Revenue and moves the Court for a dismissal, with prejudice, of the Plaintiff's claims and complaint herein and all issues in controversy between the parties. Plaintiff concurs with this motion.

    WHEREFORE, the Defendant prays that the Plaintiff's claims and complaint be dismissed with prejudice.

                                          LONG, POUND & KOMER, P. A.
                                        *Attorneys for Defendants*


                                          /s/*Mark E. Komer*
                                          MARK E. KOMER
                                          2200 Brothers Road
                                          P. O. Box 5098
                                          Santa Fe, NM  87502-5098
                                          505-982-8405
                                          505-982-8513 (FAX)
                                          lpk@nm.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of October 2012, I mailed a copy of the foregoing **Motion to Dismiss** to Beatrice Lucero, Ph.D., 62880 W. La Salle Road, #181, Montrose, CO 81401. I FURTHER CERTIFY that I filed this **Motion to Dismiss** electronically through the CM/ECF system as more fully reflected on the Notice of Electronic filing.

/s/*Mark E. Komer*
MARK E. KOMER